IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KENNETH A. McCREADY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 03 C 2117 |
| ) | |
| eBAY, INC., ) | |
| ) | |
| Defendant. ) | |

## AGREED STIPULATION TO DISMISS

Defendant, eBay, Inc. ("eBay"), by its attorneys, Freeborn & Peters LLP, and Plaintiff, Kenneth A. McCready, *Pro Se*, pursuant to agreement of the parties, hereby stipulate and move the Honorable Court to enter an order dismissing Count I of Plaintiff's First Amended Complaint and Demand for Jury Trial, with prejudice.

By:   **s/ Michael T. Franz**
A.R.D.C. No. 6247680
Attorney for Defendant, eBay, Inc.
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Telephone:  (312) 360-6394
Facsimile:  (312) 360-6571
Email:  mfranz@freebornpeters.com

By:   **s/ Kenneth A. McCready**
Kenneth A. McCready, *Pro Se*
P.O. Box 10
201 N. Oak Street
Loda, Illinois 60948
Telephone: (217) 390-7523  ****-
Email:  speedyken@direcway.com

#845485v1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KENNETH A. McCREADY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 03 C 2117 |
| eBAY, INC., | ) ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I certify that on May 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Michael T. Franz
> Freeborn & Peters LLP
> 311 South Wacker Drive
> Suite 3000
> Chicago, Illinois 60606
> Email: mfranz@freebornpeters.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Kenneth A. McCready
P.O. Box 10
201 N. Oak Street
Loda, Illinois 60948

By: **s/ Michael T. Franz**
A.R.D.C. No. 6247680
Attorney for Defendant, eBay, Inc.
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Telephone: (312) 360-6394
Facsimile: (312) 360-6571
Email: mfranz@freebornpeters.com